**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY FORWARD FOUNDATION,
P.O. Box 34553
Washington, D.C. 20043,

*Plaintiff*,

vs.

OFFICE OF THE DIRECTOR OF NATIONAL
INTELLIGENCE
Washington, D.C. 20511,

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001, and

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

*Defendants*.

Case No. 26-cv-

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendants

Office of the Director of National Intelligence ("ODNI"), Federal Bureau of Investigation (FBI"),

and U.S. Department of Justice ("DOJ") to compel compliance with the Freedom of Information

Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and

28 U.S.C. § 1331.

2.      Venue is proper under 28 U.S.C. § 1391(e), as at least one of the Defendants' headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

### Parties

3.      Plaintiff Democracy Forward Foundation ("DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4.      Defendant ODNI is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in McLean, VA. ODNI has possession, custody, and control of records to which Plaintiff seeks access.

5.      Defendant FBI is a component of Defendant DOJ and federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. FBI has possession, custody, and control of records to which Plaintiff seeks access.

6.      Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. The FBI is a component of DOJ. Through FBI, DOJ has possession, custody, and control of records to which Plaintiff seeks access.

### DFF's FOIA Requests

7.      Under the Trump-Vance Administration, public reporting indicates that ODNI and the FBI have been directed to employ their resources and authority to find evidence to support the President's stated belief that the outcome of the 2020 presidential election was not legitimate.[1]

---

[1] Isaac Arnsdorf, *et al.*, *Trump plans prime-time speech on 2020 election allegations,* Wash. Post, July 14, 2026, https://perma.cc/E6PT-EXYU.

This has reportedly included a White House-directed delay in the release of ODNI report that does not support the President's views, ODNI's examination of voting machines, and the FBI's dedication of substantial resources to investigate the 2020 election in Arizona, Wisconsin, and Georgia where, in the Washington Post's characterization, President "Trump has spent years falsely claiming the election was rigged."[2] This reporting indicates that FBI and ODNI possess records of significant public importance.

8.    On July 16, 2025, in a nationally televised speech, President Trump announced a selective declassification and release of ODNI and FBI materials stating, "the election system we have dangerously exposes — and really exposes, like levels never thought possible — to hacking, exploitation, and foreign interference," while claiming "this vital information has for many years been covered up and hidden from you."[3]

9.    To shed light on the actions these agencies have taken on these matters of public import, DFF submitted FOIA requests to ODNI and FBI. The requests seek records likely to inform the public about the integrity of government actions that appear to be undertaken to support the President's claims that the 2020 presidential election outcome was illegitimate.

*ODNI Election or Voter Fraud Reports Request (DF-2026-00475)*

10.    On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-ODNI-26-0783, to ODNI seeking the following:

> All official reports and/or memoranda created by or issued to ODNI regarding election or voter fraud in the United States, including, but not limited to, all reports analyzing or referencing election materials obtained from Fulton County, Georgia; Maricopa County, Arizona; and/or Puerto Rico.

---

[2] *Id.*

[3] The White House, *President Trump Delivers an Address to the Nation, Jul. 16, 2026,* at 21:48 (YouTube, July 16, 2026), https://perma.cc/R3HB-ED3L.

11.	This request sought records from May 1, 2025, through the date of the search.

12.	On June 1, 2026, ODNI acknowledged this request and assigned it tracking number DF-2026-00475.

13.	On June 25, 2026, ODNI sent DFF an official acknowledgement letter dated June 23, 2026, for request DF-2026-00475, along with requests DF-2026-00476, DF-2026-00477, DF-2026-00478, DF-2026-00479, and DF-2026-00480, stating ODNI received these requests on May 28, 2026, and granting DFF's fee waiver request for the initial processing of these requests.

14.	DFF has not received any further communication from ODNI regarding this request.

*ODNI Key Terms Communications Request (DF-2026-00476)*

15.	On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-ODNI-26-0789, to ODNI seeking the following:

> All email communications (including email messages, complete email chains, email attachments, calendar invitations) sent by any of the following officials and containing both a key term from Column A and a key term from Column B.
>
> ODNI Officials
> 1. Tulsi Gabbard, Director
> 2. Aaron Lukas, Principal Deputy Director
> 3. Alexa Henning, Acting Chief of Staff
> 4. Dave Mastro, National Intelligence Council
> 5. James Cangialosi, Deputy Chief, National Counterintelligence and Security Center
> 6. Amaryllis Fox Kennedy
> 7. Paul McNamara
> 8. Joseph Kent, former Acting Chief of Staff
> 9. Anyone serving as Director of National Intelligence
> 10. Any member of the ODNI task force investigating voting

machines[4] [FN in original]

<u>Key Terms</u>

| Column A | Column B |
|---|---|
| a.    2020<br>b.    "national emergency" | a.    election*<br>b.    vot*<br>c.    result*<br>d.    ballot*<br>e.    presidential<br>f.    midterm<br>g.    recount<br>h.    fraud<br>i.    irregularities<br>j.    interference<br>k.    audit<br>l.    machine*<br>m.    Dominion<br>n.    Smartmatic<br>o.    "Liberty Vote"<br>p.    Scytl<br>q.    "Cyber Ninjas"<br>r.    "Wake TSI"<br>s.    Fulton<br>t.    Maricopa<br>u.    "Puerto Rico"<br>v.    Venezuela*<br>w.    Iran* |

16.    The request further clarified:

> Please note that we are using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "vot*" would return all of the following: vote, voter, voting, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

---

[4] For further identifying information, *see* Jonathan Landay *et al.*, *Exclusive: Trump Officials Tried to Ban Half of U.S. Voting Machines, Citing Conspiracy Theories*, Reuters (May 22, 2026, 6:03AM), https://perma.cc/6PPP-SBE2. "At the time, [Paul] McNamara headed an ODNI task force that worked with officials across the administration to investigate vulnerabilities in the nation's voting machines."

To clarify, an email sent by an official that included both "2020" and "election\*" would be responsive. An email sent by an official that included "2020" but did not include any of the terms listed in Column B would not be responsive.

To the extent that your agency has the capacity to run Boolean searches, we believe the following search string is an example of one that would be most effective in the search for responsive records: "2020" AND ("election\*" OR "vot\*" OR "result", etc.). We are available to work with you to contract an appropriate search, based on your search capabilities, to most efficiently identify responsive records.

In an effort to accommodate your agency and reduce the number of potentially responsive records to be processed and produced, we have limited this request to communications sent by the specified officials. To be clear, however, DFF still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both a specified official's response to an email and the initial received message are responsive to this request and should be produced.

17.    This request sought records from August 1, 2025, through the date of the search.

18.    On June 1, 2026, ODNI acknowledged this request and assigned it tracking number DF-2026-00476.

19.    On June 25, 2026, ODNI sent DFF an official acknowledgement letter dated June 23, 2026, for request DF-2026-00476, along with requests DF-2026-00475, DF-2026-00477, DF-2026-00478, DF-2026-00479, and DF-2026-00480, stating ODNI received these requests on May 28, 2026, and granting DFF's fee waiver request for the initial processing of these requests.

20.    DFF has not received any further communication from ODNI regarding this request.

6

*ODNI Elections Materials Contracts Request (DF-2026-00478)*

21.    On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-ODNI-26-0799, to ODNI seeking the following:

> A complete copy (including any attachments) of all contracts or subcontracts, amendments, inter-governmental service agreements, memoranda of understanding, or other written agreements between ODNI and any other entities, including other government agencies or private companies, regarding analyzing, evaluating, and/or auditing any elections materials, including voting machines and ballots (such as those obtained from Fulton County, Georgia; Maricopa County, Arizona; and/or Puerto Rico).

22.    This request sought records created, issued, or in effect from April 1, 2025, through the date of the search.

23.    On June 1, 2026, ODNI acknowledged this request and assigned it tracking number DF-2026-00478.

24.    On June 25, 2026, ODNI sent DFF an official acknowledgement letter dated June 23, 2026, for request DF-2026-00478, along with requests DF-2026-00475, DF-2026-00476, DF-2026-00477, DF-2026-00479, and DF-2026-00480, stating ODNI received these requests on May 28, 2026, and granting DFF's fee waiver request for the initial processing of these requests.

25.    DFF has not received any further communication from ODNI regarding this request.

*ODNI Threat Assessments Request (DF-2026-00479)*

26.    On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-ODNI-26-0814, to ODNI seeking the following:

> All threat assessments, reports and/or memoranda created by, issued to, or otherwise provided to ODNI regarding foreign interference in U.S. elections.

27.    This request sought records from July 1, 2025, through the date of the search.

7

28.     On June 1, 2026, ODNI acknowledged this request and assigned it tracking number DF-2026-00479.

29.     On June 25, 2026, ODNI sent DFF an official acknowledgement letter dated June 23, 2026, for request DF-2026-00479, along with requests DF-2026-00475, DF-2026-00476, DF-2026-00477, DF-2026-00478, and DF-2026-00480, stating ODNI received these requests on May 28, 2026, and granting DFF's fee waiver request for the initial processing of these requests.

30.     DFF has not received any further communication from ODNI regarding this request.

*ODNI Task Force Request (DF-2026-00480)*

31.     On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-ODNI-26-0818, to ODNI seeking the following:

> (1) Records sufficient to identify all members of the ODNI task force investigating voting machines.[5] [FN in original]
>
> (2) All formal or informal final memoranda, reports, one-pagers, directives, or guidance authored or issued by the ODNI task force investigating voting machines.
>
> (3) All records reflecting the contents of all meetings, calls, or briefings held by the ODNI task force investigating voting machines.
>
> Responsive records include any agendas, minutes, meeting notes, transcripts, lists of meeting attendees, meeting recordings, materials displayed or exchanged during the meetings (such as slide decks, PowerPoint presentations, or handouts), provided in advance of the meetings (such as preparation materials provided with a meeting invitation), or provided as follow-up to the meetings (such as summary documents).

32.     This request sought records created, issued, or in effect from July 1, 2025, through

---

[5] *Id.*

the date of the search.

33.    On June 1, 2026, ODNI acknowledged this request and assigned it tracking number DF-2026-00480.

34.    On June 25, 2026, ODNI sent DFF an official acknowledgement letter dated June 23, 2026, for request DF-2026-00480, along with requests DF-2026-00475, DF-2026-00476, DF-2026-00477, DF-2026-00478, and DF-2026-00479, stating ODNI received these requests on May 28, 2026, and granting DFF's fee waiver request for the initial processing of these requests.

35.    DFF has not received any further communication from ODNI regarding this request.

*FBI Key Terms Communications Request (1738541-000)*

36.    On May 27, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOJ-FBI-26-0788, to FBI seeking the following:

> All email communications (including email messages, complete email chains, email attachments, calendar invitations) sent by any of the following officials and containing both a key term from Column A and a key term from Column B.
>
> FBI Officials
>     1. Kash Patel, Director
>     2. Andrew Bailey, Deputy Director
>     3. Christopher Raia, Deputy Director
>     4. Dan Bongino, former Deputy Director
>     5. Ben Williamson, Assistant Director, Office of Public Affairs
>     6. Marshall Yates, former Assistant Director, Office of Congressional Affairs
>     7. Kellie Hardiman, Election Executive
>     8. Anyone serving as Chief of Staff or Senior Advisor to the Director
>
> Key Terms

| Column A | Column B |
|---|---|
| a.　2020<br>b.　"national emergency" | a.　election*<br>b.　vot*<br>c.　result*<br>d.　ballot*<br>e.　presidential<br>f.　midterm<br>g.　recount<br>h.　fraud<br>i.　irregularities<br>j.　interference<br>k.　audit<br>l.　machine*<br>m.　Dominion<br>n.　Smartmatic<br>o.　"Liberty Vote"<br>p.　Scytl<br>q.　"Cyber Ninjas"<br>r.　"Wake TSI"<br>s.　Fulton<br>t.　Maricopa<br>u.　"Puerto Rico"<br>v.　Venezuela*<br>w.　Iran* |

37.　The request further clarified:

> Please note that we are using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "vot*" would return all of the following: vote, voter, voting, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.
>
> To clarify, an email sent by an official that included both "2020" and "election*" would be responsive. An email sent by an official that included "2020" but did not include any of the terms listed in Column B would not be responsive.
>
> To the extent that your agency has the capacity to run Boolean searches, we believe the following search string is an example of one that would be most effective in the search for responsive records: "2020" AND ("election*" OR "vot*" OR "result", etc.).

> We are available to work with you to contract an appropriate search, based on your search capabilities, to most efficiently identify responsive records.
>
> In an effort to accommodate your agency and reduce the number of potentially responsive records to be processed and produced, we have limited this request to communications sent by the specified officials. To be clear, however, DFF still requests that complete email chains be produced, displaying both sent and received messages. This means, for example, that both a specified official's response to an email and the initial received message are responsive to this request and should be produced.

38. This request sought records from August 1, 2025, through the date of the search.

39. On June 15, 2026, DFF received two letters, dated June 12, 2026, stating unusual circumstances are applicable to this request and would delay FBI's ability to make a determination on this request. FBI did not provide a date by which it would respond.

40. DFF has not received any further communication from FBI regarding this request.

*FBI Election Guidance Request (1741403-000)*

41. On June 12, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DOJ-FBI-26-0901, to FBI seeking the following:

> (1) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to the FBI regarding voter intimidation, including, but not limited to, tracking and/or responding to threats of voter intimidation.
>
> (2) All formal and informal final directives, guidance, memoranda, protocols, and/or policies created by, issued to, or otherwise provided to the FBI regarding election disinformation, including, but not limited to, tracking and/or responding to election disinformation.
>
> DFF believes your office is in the best position to identify where responsive records are likely to reside, but believes a reasonable search should include, at a minimum, the Office of the Director, Office of the Deputy Director, Office of the Election Executive, the

11

Strategic Information and Operations Center, and all FBI field offices.

42.   This request sought records created, issued, or in effect from January 1, 2026, through the date of the search.

43.   On June 23, 2026, DFF received a letter dated June 22, 2026, acknowledging this request and assigned it tracking number 1741403-000.

44.   DFF has not received any further communication from FBI regarding this request.

*Exhaustion of Administrative Remedies*

45.   As of the date of the Complaint, Defendants have failed to notify DFF of determinations regarding DFF's requests. Through Defendants' failure to respond within the time limits required by law, DFF has constructively exhausted administrative remedies.

## CLAIM FOR RELIEF

### Count 1 (Violation of FOIA, 5 U.S.C. § 552)

46.   Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

47.   By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C.§ 552, including but not limited to, their duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

1.  Order Defendants to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

2.  Order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3.  Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

4.  Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

5.  Grant any other relief this Court deems appropriate.

Dated: July 17, 2026

Respectfully submitted,

/s/ *Anisha Hindocha*

Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org

13